UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RAYMOND L. RUCKER,

    Plaintiff(s),

v.

    Civil No. 05-71155

    JOHN CORBETT O'MEARA

MICHIGAN MEDICAL SOCIETY et al.,

    Defendant(s).
_____/

## ORDER ADOPTING MAGISTRATE JUDGE CAPEL'S REPORT AND RECOMMENDATION

The Court having reviewed the Magistrate Judge's report and recommendation, as well as any objections thereto filed by the parties, and being fully advised, now therefore;

**IT IS ORDERED** that the Court adopts Magistrate Judge Capel's report and recommendation.

    s/John Corbett O'Meara
    John Corbett O'Meara
    United States District Judge

Dated: November 2, 2005